UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br>  vs.<br><br>ANA C. RAO, an individual; SHANTHA S. RAO, an individual; DUSTIN M. DIA, an individual; K.D., a minor, through his general guardian, Dustin M. Dia; PURUSHOTHAM BANDALORE, in his capacity as representative of the Estate of Venkateshawara Rao; and DOES 1 through 5, inclusive,<br><br>    Defendants. | No. 2:20-cv-03464-JAK (MAAx)<br><br>**JUDGMENT**<br><br>JS-6 |

It is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. A judgment is entered in favor of Defendant-in-Interpleader, Corina Bucur ("Bucur"), and against Defendants-in-Interpleader, Dustin M. Dia and K.D.
2. Bucur, shall recover the current balance of the funds on deposit with the Clerk, less the award of $9,349.21, in fees and costs, to Plaintiff-in-Interpleader, Primerica Life Insurance Company.
3. The Clerk shall send a check for that amount to the McIntosh Law Corporation Attorney/Client Trust account, as follows:

>   Eric S. McIntosh, Esq.
>   4 Hutton Centre Drive, Suite 900
>   Santa Ana, CA 92707.

Dated: May 20, 2021

John A. Kronstadt
United States District Judge